ALEXANDER TURNBULL et al., Respondents, v. JOHN T. MARTIN, Appellant.

The judgment upon an award under the statute can only be reviewed in this court by writ of error; an appeal will be dismissed.

(Argued May 18th; decided May 30th, 1871.)

APPEAL from a judgment upon an award entered in the Common Pleas of the city of New York, pursuant to a submission and the statute regulating arbitrations, for $74,318.95, and also from the orders of the court directing the entering of the judgment and refusing to vacate the award.

*A. J. Vanderpoel*, for the appellant.

*Samuel Hand*, for the respondent.

ALLEN, J.   The remedy of the appellant for any supposed errors of the court below in refusing to vacate the award and ordering judgment thereon, was by writ of error, not by appeal.

Proceedings under the Revised Statutes relating to arbitrations are expressly excluded from the operations of the Code

and the remedies given by it. (Code, 47, § 1.) The point has been adjudicated by this court in several cases, two of which are reported, and the question is no longer an open question. (*Isaacs* v. *Beth. Hamedrash Soc.*, 19 N. Y., 584; *Freeman* v. *Kendall*, 41 id., 518.) The judgment upon an award under the statute can only be reviewed in this court by writ of error. The appeal must be dismissed with costs.

All concurring,

Appeal dismissed.